# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGG HANSEN,** | CASE NO. 18-cv-07179-YGR |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE** |
| **KELLER WILLIAM, ET AL.,** | |
| Defendants. | |

On November 13, 2019, the Court entered an order extending the deadline for plaintiff to file an amended complaint to December 2, 2019 and advising that failure to do so would result in dismissal of the case. (Dkt. No. 16.) To date, plaintiff has not filed an amended complaint. Accordingly, this case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: December 4, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**